GUS MICHAEL FARINELLA, as Administrator of the Estate of MAGDALENA MARTA LUBOWSKA, Deceased, et al., Appellants, v

STATE OF NEW YORK, Respondent. (Claim No. 116051.) [971 NYS2d 919]—Appeal from an order of the Court of Claims (Michael E. Hudson, J.), entered June 1, 2012. The order granted the motion of defendant for summary judgment dismissing the claim.

It is hereby ordered that the order so appealed from is unanimously affirmed without costs for reasons stated in the decision at the Court of Claims. Present—Smith, J.P., Fahey, Sconiers, Valentino and Whalen, JJ.